IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-661-DCK

| | | |
|---|---|---|
| SHELIA V. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case and the parties' "Joint Status Report And Response To Show Cause Order." (Document No. 20).

According to the parties' "Joint Status Report…" "a global settlement of all claims" was reached sometime prior to the June 7, 2013 mediation deadline. (Document No. 20). Apparently, the "settlement agreement is drafted and all three attorneys have executed it." Id.

The undersigned commends the parties and their counsel for their efforts to resolve this matter. The Court notes that the "Pretrial Order And Case Management Plan" requires that [w]ithin **thirty (30) days** of reaching a settlement agreement, the parties shall file a Stipulation of Dismissal and/or any other documents necessary to effectuate the closing of the case." (Document No. 13, p.5).

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal on or before **July 26, 2013**.

Signed: July 12, 2013

_____
David C. Keesler
United States Magistrate Judge